# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Joseph Selby
_____
Plaintiff

V.

CMS. r Jim Welch
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07 - 558

I, Joseph Selby _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
SEP 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)    • No    (If "No" go to Question 2)    BD scanned

   If "YES" state the place of your incarceration  H.R.Y.C.I.

   **Inmate Identification Number (Required):** 159971

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • • Yes    • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. The Long Shorema Union Hall pay was $16 hr. Last employment date was 3/12/200

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • (No) |
   | b. | Rent payments, interest or dividends | • • Yes | • (No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • (No) |
   | d. | Disability or workers compensation payments | • • Yes | • (No) |
   | e. | Gifts or inheritances | • • Yes | • (No) |
   | f. | Any other sources | • • Yes | • (No) |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?     ·· Yes     ·· No

    If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    ·· Yes     ·· No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

    I have four kids And one grand-daughter little
    h   J   Ji   A   Jc   T   T
        T       T

    I declare under penalty of perjury that the above information is true and correct.

    6-23-07                    Joseph Lily
    DATE                       SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
07/17/07 11:21
ST 007 / OPR SJW

SBI            : 159971
Resident Name  : SELBY, JOSEPH
Time Frame     : 12/04/2006 14:18 - 06/30/2007 11:21
```

```
------------------------------------------------------------------------------------
Date        Time    Type            ST    OPR     Receipt #       Amount      Balance
------------------------------------------------------------------------------------

12/04/2006  14:18   Intake          6     jmh     F23660            0.00        0.00
02/05/2007  12:27   Add             4     gmw     D63149          100.00      100.00
02/06/2007  10:35   Order           2     WLH     B154209          45.82       54.18
02/07/2007  14:37   Rec Payment     6     kjg     F25822            0.78       53.40
02/08/2007  10:45   Credit          11    AFC     K2788             2.55       55.95
02/13/2007  10:13   Order           2     DDT     B155217          55.69        0.26
02/16/2007  10:35   Credit          11    AFC     K2926             2.13        2.39
02/27/2007  08:11   Order           2     AFC     B157154           2.32        0.07
03/01/2007  11:37   Add             4     gmw     D64582           20.00       20.07
03/06/2007  08:26   Order           2     DDT     B158018          19.89        0.18
03/08/2007  13:32   Rec Payment     10    bsp     J8715             0.15        0.03
03/15/2007  10:58   Add             4     gmw     D65495           50.00       50.03
03/16/2007  12:34   Rec Payment     6     kjg     F26722            6.00       44.03
03/20/2007  08:40   Order           2     DDT     B160410          44.03        0.00
03/30/2007  11:55   Add             4     gmw     D66318           30.00       30.00
04/04/2007  07:45   Order           2     DDT     B162341          29.13        0.87
04/04/2007  14:24   Rec Payment     10    bsp     J9201             0.25        0.62
04/05/2007  12:27   Add             4     J       D66694           20.00       20.62
04/10/2007  13:13   Order           2     AFC     B163367          19.53        1.09
04/24/2007  09:19   Order           2     DDT     B165279           1.04        0.05
04/25/2007  11:44   Add             4     CAR     D67838           15.00       15.05
04/26/2007  14:00   Credit          11    DDT     K3736             1.04       16.09
04/27/2007  12:53   Rec Payment     10    bsp     J9695             1.11       14.98
04/30/2007  12:44   Rec Payment     6     kjg     F28451            4.00       10.98
05/01/2007  10:40   Order           2     DDT     B166338          10.89        0.09
05/03/2007  12:51   Add             4     CAR     D68202           30.00       30.09
05/08/2007  09:40   Order           2     DDT     B167216          29.91        0.18
05/22/2007  12:15   Add             4     gmw     D69365           20.00       20.18
05/25/2007  15:38   Rec Payment     10    amuno   J10248            0.50       19.68
05/25/2007  15:39   Rec Payment     10    amuno   J10249            0.10       19.58
05/29/2007  10:44   Order           2     DDT     B170179          19.55        0.03
06/29/2007  12:18   Add             4     gmw     D71419           50.00       50.03
06/29/2007  13:27   Rec Payment     10    bsp     J10773            0.50       49.53
```