(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Joseph Selby - 159971 .

(Name of Plaintiff)    (Inmate Number)

1301 E. 12th street

c/o (Complete Address with zip code)
Wilm, DE 19801

(2) _____

(Name of Plaintiff)    (Inmate Number)

:    **07 - 558**

:    (Case Number)

: ( to be assigned by U.S. District Court)

_____

(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) C.M.S.

(2) Mr. Jim Welch

(3) _____

(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:
:
:
:
:
:
:

**CIVIL COMPLAINT**

• • Jury Trial Requested

**FILED**

SEP 17 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

IFP

**I. PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

_____

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    •(Yes)•  •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    •(Yes)  •No

C.    If your answer to "B" is Yes:

1. What steps did you take? *I file grievance form*

2. What was the result? *there has not been any Results as of yet it's still pending with the grievance committie:*

D.    If your answer to "B" is No, explain why not: _____

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: *C.M.S. Medical Department*

Employed as *Medical Dept* at *H.R.Y. C.I*

Mailing address with zip code: *1301 E. 12th st Wilm, De 19809*

(2) Name of second defendant: *Jim Welch*

Employed as *Health Care liason* at *H.R.Y.C.I.*

Mailing address with zip code: *1301 E. 12th st. Wilm, De 19809*

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On february 3, 2007 I was on 1-C Pod. I was Receiving Blood pressure medication and Tylonel Ms. Patience gave me A prescribed medication that I usually don't take. I Asked Ms. Patience

2. the nurse that there has to be A mistahe that I'm not soppose to tahe that she Assured me it was in my chart And I was sopposed to tahe it I did And those Are the symptoms that I suffer from

3. numbness in my fingers blured vision migRain head Aches it huets when I unnale I forget at times And I feel nausea: the medication was 150mg of Sinaguan psyche medication It has Affect me with side effects every since I tohen it.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I am Asting the court to investigate the situation I want A full examination to find out Any long term effects. I want to suit the medical department and the state for $200,000 dollars for monetary Compenstion mental Anguish, pain And suffering.

2. _I am Asking the court to investigate As to the situation that occurred And inform th that the Health care liason Jim Welch may know I want A suit on Jim Welch And the state of Delaware for 200,000 dollars for monetary Compensation mental Anguish, pain And Suffering._

3. _Like wise, I am Asking the court to invesigate As to the situation that accured And informat that the Health care Department may have At their disposal. I want A suit on Jim Welch And the state of Delaware for 200,000 dollars for monatary Compensation mental anguish, pain And suffering._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __23__ day of __June__ , 2__007__

_C. M.S. Medical Department_
(Signature of Plaintiff  1)

_Jim Welch_
(Signature of Plaintiff  2)

_____
(Signature of Plaintiff  3)

4



Joseph Selby

1501 E. 12 St.

Wilmington, DeLaware 19809

P.O. Box 9561

Clerk.
U.S. District Court
loch box 18
844 North King street
Wilmington, DeLaware 19801