IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH SELBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-558-SLR |
| | ) |
| C.M.S. and JIM WELCH, | ) |
| | ) |
| Defendants. | ) |

## AUTHORIZATION

I, Joseph Selby, SBI #159971, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.17 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated September 28, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 10-11-07, 2007.

Joseph Selby
Signature of Plaintiff


FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Joseph Selby
[illegible]
Wilmington, Delaware 19809
P.O. Box 9561

Office of the Clerk
United States District Court
844 N. King street Lock box 18
Wilmington, Delaware 19801-3570