IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH SELBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-558-SLR ) |
| C.M.S. and JIM WELCH, | ) ) |
| Defendants. | ) |

### ORDER

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on November 13, 2007, the court entered an order dismissing the complaint for failure to submit a required authorization form as previously ordered by the court (D.I. 4, 5);

WHEREAS, on November 14, 2007, plaintiff submitted the required authorization form (D.I. 6);

THEREFORE, at Wilmington this _26th_ day of November, 2007, IT IS HEREBY ORDERED that the clerk of the court shall reopen this action.

_____
UNITED STATES DISTRICT JUDGE