Date: May 19, 2008

To: Court Clerk,

From:

Re: Joseph Selby,    Civ. No.: 07-558-SLR
    V.
    C.M.S. and Jim Welch

To whom it may concern: I am writing this letter in regards to my case being dismissed and the absence of an required authorization form. I had sent authorization form to the agency holding me business office and they never returned said authorization form. Because I could not return the authorization in a timely basis my case was dismiss for lack of stating a remedy sought. I was informed by attorney that I had a good case and that it was not frivolous. I am praying that the Honorable Court will take my delay and delimma of my Case to be reopened and taken into consideration. I am no expert in the law yet ignorance on my part is no excuse. I thank you in advance for assistance, time, and patience. I pray that this was of no inconvenience to you. Please respond to my letter at your earliest convenience.

Sincerely,
Joseph Selby
Principle, by Special
Visitation, In Propria
Persona (Not Pro Se),
proceeding Sui Juris

FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH SELBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-558-SLR ) |
| C.M.S. and JIM WELCH, | ) ) ) |
| Defendants. | ) ) |

**AUTHORIZATION**

I, Joseph Selby, SBI #159971, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $11.17 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated September 28, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 10-11-07, 2007.



FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Signature of Plaintiff

Joseph Selby
SBI # 159971
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE
(19809)

District Court of the United States
(DCUS)
Office of the Clerk
844 N. King Street, Lockbox 18
Wilmington, Delaware (19801-3570)